McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NILA DUNCAN and ROYCE DUNCAN, ) | 1:04-cv-05908-OWW-DLB |
| ) | |
| Plaintiff, ) | **STIPULATION RE PRETRIAL** |
| ) | **SCHEDULE; and ORDER** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA and ) | |
| JANE DOE, ) | |
| ) | |
| Defendants. ) | |

   Defendant United States of America and plaintiffs Nila Duncan and Royce Duncan stipulate, by and through the undersigned counsel, to the following revised case schedule as specified below and respectfully request that the Court so approve.

   The parties have already taken the majority of non-expert depositions and exchanged written discovery. Good cause however exists in support of this stipulation, which seeks to extend select pretrial deadlines approximately 4 to 5 weeks. Significantly, the parties do not seek to continue this action's pretrial conference or trial date.

   Counsel for the United States commences a two week trial on November 8, 2005 regarding a complex condemnation action, and faces pretrial briefing deadlines regarding pretrial motions in

limine, an October 28, 2005 pretrial conference, jury instructions, a trial brief and the like.

In light of this action's present November 30, 2005 discovery closure date and because several depositions remain to be taken in the case, slight extensions of this action's discovery and expert deadlines are warranted. Based on the above, the parties hereby stipulate to the continuance of this action's case schedule as specified below. The parties also request the Court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Discovery Deadline | November 30, 2005 | **December 30, 2005** |
| Expert Disclosure | December 1, 2005 | **January 6, 2006** |
| Supplemental Expert Disclosure Deadline | December 20, 2005 | **January 27, 2006** |
| Expert Discovery | January 31, 2006 | **February 28, 2006** |

Respectfully submitted,

**FOR PLAINTIFFS:**

Dated: October 19, 2005.                    CHAIN, YOUNGER, COHN & STYLES

(As auth. 10/19/05)
/s/ Paul A. Welchans
By: PAUL A. WELCHANS

**FOR DEFENDANT UNITED STATES:**

Dated: October 19, 2005.                    McGREGOR W. SCOTT
United States Attorney

/s/ Brian W. Enos
By: BRIAN W. ENOS
Assistant U.S. Attorney

///

2

**ORDER**

IT IS SO ORDERED.

   **Dated:**   **October 20, 2005**                **/s/ Dennis L. Beck**
3b142a                                          UNITED STATES MAGISTRATE JUDGE