McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NILA DUNCAN and ROYCE DUNCAN, ) | 1:04-cv-05908-OWW-DLB |
| ) | |
| Plaintiff, ) | **STIPULATION RE PRETRIAL** |
| ) | **SCHEDULE; ORDER** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA and ) | |
| JANE DOE, ) | |
| ) | |
| Defendants. ) | |

Defendant United States of America and plaintiffs Nila Duncan and Royce Duncan stipulate, by and through the undersigned counsel, to the following *limited* modification to this case's pretrial case schedule as specified below and respectfully request that the Court so approve.

The parties stipulate to extending this case's dispositive motion filing and hearing deadlines two weeks.  The present scheduling order includes a dispositive motion filing deadline of February 8, 2006 and hearing date of March 10, 2006.  The parties stipulate to extend the dispositive motion filing deadline to February 22, 2006 and attendant hearing date to March 24, 2006. Significantly, the parties do not believe the above extension

requires a modification to this case's pretrial conference or trial dates.

Good cause exists in support of this stipulation. Specifically, counsel for the United States is in the midst of moving offices from the prior federal courthouse at 1130 O Street to the new federal courthouse at 2500 Tulare Street here in Fresno. As a result, his office library and supply rooms have been packed and moved, and his office must be packed by Thursday, February 2, 2006. He has also been recently advised from his supervisors to be prepared for the possibility that the contents of his present office might not arrive at his new office through early next week. Counsel for the United States appreciates plaintiffs' professional courtesy in this regard.

Based on the above, the parties hereby stipulate to the continuance of this action's dispositive motion deadlines as specified below. The parties also request the Court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Dispositive Motion Filing Deadline | February 8, 2006 | **February 22, 2006** |
| Dispositive Motion Hearing Date | March 10, 2006 | **March 24, 2006** |

Respectfully submitted,

**FOR PLAINTIFFS:**

Dated: February 1, 2006            CHAIN, YOUNGER, COHN & STYLES

```
                                    (As auth. 2/1/06)
                                   /s/ Paul A. Welchans
                              _____
                                   By: PAUL A. WELCHANS
```

2

**FOR DEFENDANT UNITED STATES:**

Dated: February 1, 2006.    McGREGOR W. SCOTT
                            United States Attorney

                            /s/ Brian W. Enos
                            By: BRIAN W. ENOS
                            Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   February 3, 2006**          **/s/ Dennis L. Beck**
3b142a                            UNITED STATES MAGISTRATE JUDGE