UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NILA DUNCAN & ROYCE DUNCAN, )<br>) | 1:04-CV-5908 OWW DLB |
| ) | |
| Plaintiff, ) | NEW CASE NUMBER: |
| ) | |
| v. ) | 1:04-CV-5908 DLB |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | **ORDER REASSIGNING CASE** |
| Defendant. ) | |

The parties having consented to the jurisdiction of the magistrate judge for all purposes including trial and entry of judgment, IT IS ORDERED that this matter be reassigned to the docket of United States Magistrate Judge Dennis L. Beck.  The hearing on the motion to dismiss and other scheduled dates shall remain as set.

To prevent a delay in documents being received by the correct judicial officer, the new case number should now be used on all documents.

**1:04-CV-5908 DLB**

IT IS SO ORDERED.

**Dated:   February 28, 2006**             /s/ Oliver W. Wanger
emm0d6                                      UNITED STATES DISTRICT JUDGE

1