PAUL A. WELCHANS, Esq.
State Bar No. 112680
CHAIN, YOUNGER, COHN & STILES
1430 Truxtun Avenue, Suite 100
Bakersfield, CA  93301
Telephone: (661) 323-4000
Facsimile: (661) 324-1352

Attorneys for Plaintiffs

United States District Court

Eastern District of California

| | | |
|---|---|---|
| NILA DUNCAN, ROYCE DUNCAN, | ) | Case No.: 1:04-CV-5908 DLB |
| Plaintiffs, | ) ) | JOINT STIPULATION FOR FURTHER STATUS CONFERENCE; DECLARATION OF PAUL A. WELCHANS; PROPOSED ORDER |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, DOES 1 to 100, | ) ) | |
| Defendant. | ) ) | |

    IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, the following:

    Due to the injuries sustained by Nila Duncan on February 16, 2006, and the circumstances surrounding those injuries, and based upon the declaration of Paul A. Welchans, Esq., the parties, by and through their attorneys of record, jointly stipulate and request of the court that the Court schedule a Further Status Conference to be addressed at the conclusion of defendant's MOTION TO

PLAINTIFFS' STATEMENT OF DISPUTED MATERIAL FACTS; EVIDENCE

DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ADJUDICATION OF ISSUES scheduled on March 31, 2006, 9:00 a.m., Courtroom 9, to discuss the following matters: (Note: The United States wishes to clarify that it stipulates to plaintiffs' request to vacate the pretrial conference and trial dates at this time, and is willing to discuss the remaining issues set forth below at the further status conference.)

1. Vacate presently scheduled dates for the Pretrial Conference and Trial Date and reschedule the same;

2. Reopening of discovery to allow further depositions into the circumstances of the incident of February 16, 2006 as well as the nature and extent of the injuries;

3. If additional discovery is allowed, allow for designation of additional treating medical experts and allow further defense medical examination should that be desired;

4. Consider allowing Plaintiffs to amend their claim for damages to exceed the $250,000 set forth in the Form 95 claim originally filed prior to this lawsuit.

```
DATED: March 15, 2006              CHAIN, YOUNGER, COHN & STILES


                                   By:   /s/ Paul A. Welchans
                                         PAUL A. WELCHANS
                                         Attorneys for Plaintiffs


DATED: March 15, 2006              UNITED STATES ATTORNEY


                                   By:   /s/ Brian Enos
                                         BRIAN ENOS
                                         Attorneys for Defendant.
```

### **DECLARATION OF PAUL A. WELCHANS**

I am an attorney duly licensed to practice in all the courts of the State of California, and in the United States Federal Court, Eastern District of California, and am attorney of record for Plaintiffs Royce Duncan and Nila Duncan in the above-entitled matter.  This declaration is offered in support of a Joint Stipulation for Further Status Conference in this matter for the reasons set forth below:

On or about February 16, 2006, Nila Duncan, plaintiff in the above-entitled matter, sustained a fall in her home while making her bed.  This Declarant is informed and believes that Ms. Duncan's left foot/ankle gave way causing her left leg to fall into the bed frame.  This Declarant is further informed and believes that as a

1  result of this fall, Ms. Duncan sustained proximal
2  fractures of both the tibia and fibula as well as
3  disrupting her femoral artery.  She was rushed to Sierra
4  View District Hospital where emergency surgery was
5  performed in order to restore blood supply to her lower
6  left extremity.  She was stabilized and transferred to
7  County/USC Hospital in Los Angeles.  Thereafter, further
8  repair of the artery was undertaken and the fractures
9  reduced by means of open reduction with internal fixation.
10     Ms. Duncan was hospitalized at County/USC through March
11 7, 2006.  At that time she was transferred to Kaweah Delta
12 Rehabilitation Hospital in Visalia, to be closer to her
13 home in Porterville where she is expected to remain for 1-
14 2 weeks.  She is still non-weight bearing at this time.
15 This Declarant is informed and believes that she will
16 undergo several months of physical therapy after further
17 healing has taken place.
18    This Declarant is informed and believes that Nila
19 Duncan believes that her left foot/ankle gave way on
20 February 16, 2006 due to residual injuries from her
21 original accident involving the left lower extremity on
22 October 14, 2002, and she desires to include this claim of
23 injury in her existing complaint as a subsequent accident

which was a consequence of her impaired physical condition caused by her original injury as provided by California law.

On March 9, 2006, this Declarant attempted to contact counsel for Defendant, United States of America, Brian Enos, Esq., but was unsuccessful.  This Declarant did leave a detailed telephone message explaining the circumstances of the injuries sustained by Ms. Duncan and that this Declarant believed it would be necessary to continue the trial date and reopen discovery to allow further deposition of Ms. Duncan as well as the medical care providers concerning this injury.   This Declarant also indicated that it would be necessary to request permission of the court to expand upon the amount of the damages claimed.  Mr. Enos left a message for this Declarant on March 10, 2006 indicating a willingness to stipulate to a further status conference to discuss this matter.  Since all parties will be in attendance for the hearing of defendant's motions on March 31, 2006, this date is requested for a Further Status Conference.

Based upon the foregoing, and the attached Joint Stipulation to Request Further Status Conference, this Declarant respectfully requests that the court set a

PLAINTIFFS' STATEMENT OF DISPUTED MATERIAL FACTS; EVIDENCE

Further Status Conference to be heard concurrently with defendant's MOTION TO DISMISS, March 31, 2006 at 9:00 a.m. in Courtroom 9, to discuss the following issues and such other issues as the court may desire to explore:

1. Reopening of discovery to allow further depositions into the circumstances of the incident of February 16, 2006 as well as the nature and extent of the injuries;

2. After additional discovery, allow for designation of additional treating medical experts and allow further defense medical examination should that be desired;

3. Vacate presently scheduled dates for the Pretrial Conference and Trial Date and reschedule the same;

4. Allow Plaintiffs to amend their claim for damages to exceed the $250,000 set forth in the Form 95 claim originally filed prior to this lawsuit;

////

I declare, under penalty of perjury, the foregoing is true and correct. Executed this 15th day of March 2006 at Bakersfield, California.

```
                              _/s/ Paul A. Welchans_____
                              PAUL A. WELCHANS
```

**PROPOSED ORDER**

IT IS HEREBY ORDERED THAT:

A Further Status Conference is scheduled on March 31, 2006 at 11:00 a.m. in Courtroom 9 to address the matters stated above.

DATE: March 16, 2006          __/s/ Dennis L. Beck_____
                              THE HONORABLE DENNIS L. BECK
                              UNITED STATES MAGISTRATE JUDGE

PLAINTIFFS' STATEMENT OF DISPUTED MATERIAL FACTS; EVIDENCE