Paul A. Welchans, Esq.
State Bar No. 112680
CHAIN, YOUNGER, COHN & STILES
1430 Truxtun Avenue
Bakersfield, CA 93301
(661) 323-4000
(661) 324-1352

United States District Court

Eastern District of California

| | | |
|---|---|---|
| NILA DUNCAN, ROYCE DUNCAN | ) | Case No.: 1:04-CV-5908 DLB |
| Plaintiff, | ) | JOINT STIPULATION TO CONTINUE |
| | ) | TRIAL, PRETRIAL AND SCHEDULE |
| vs. | ) | SETTLEMENT CONFERENCE; PROPOSED |
| | ) | ORDER |
| UNITED STATES OF AMERICA, DOES | ) | |
| 1 – 100, | ) | |
| | ) | |
| Defendants. | ) | |

The parties to the above action, through their respective counsel, stipulate and agree to continue the following matters to the dates, as follows:

|  | **Date** | **Time** | **Courtroom** |
|---|---|---|---|
| TRIAL: | October 3, 2006 | 9:00 a.m. | Courtroom 9 |
| PRETRIAL: | August 18, 2006 | 1:30 p.m. | Courtroom 9 |
| SETTLEMENT CONFERENCE | August 3, 2006 | 10:00 a.m. | Courtroom 8 |

DATED:  May 1, 2006            CHAIN, YOUNGER, COHN & STILES

/s/ Paul A. Welchans_____
PAUL A. WELCHANS
Attorneys for Plaintiffs

DATED:  May 1, 2006                    UNITED STATES OF AMERICA


                                       /s/ Brian Enos_____
                                       BRIAN ENOS
                                       Attorneys for Defendants

                             **PROPOSED ORDER**

IT IS HEREBY ORDERED THAT:

    Trial has been continued to October 3, 2006 at 9:00 a.m. in

Courtroom 9; Pretrial has been continued to August 18, 2006 at

1:30 p.m., Courtroom 9; a Settlement Conference has been

scheduled on August 3, 2006 at 10:00 a.m., Courtroom 8.


DATE: May 4, 2006          __/s/ *Dennis L. Beck*____
                           THE HONORABLE DENNIS L. BECK
                           U.S. MAGISTARTE JUDGE