```
1  McGREGOR W. SCOTT
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  Federal Building, Suite 4401
   2500 Tulare Street
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for Defendant United States of America
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NILA DUNCAN and ROYCE DUNCAN, ) | 1:04 CV 05908-DLB |
| ) | |
| Plaintiff, ) | **STIPULATION FOR DISMISSAL AND** |
| ) | **ORDER RE SAME** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA and ) | |
| JANE DOE, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the terms of a written Settlement Agreement as well as the provisions of Fed. R. Civ. P. 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated: November 8 , 2006            CHAIN, YOUNGER, COHN & STILES

                                    __/s/Paul A. Welchans_____
                                    Paul A. Welchans
                                    Attorneys for Plaintiffs

Dated: November 13, 2006            McGREGOR W. SCOTT
                                    United States Attorney


                                By: _/s/Brian W. Enos_____
                                    BRIAN W. ENOS
                                    Assistant U.S. Attorney
                                    Attorneys for Defendant
                                    United States of America

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: __November 15, 2006__         _____/s/ Dennis L. Beck_____
3b142a                                                    UNITED STATES MAGISTRATE JUDGE